UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 8:06-cv-738-EAK-TBM

RONALD C. KEELING,
SHONNA B. KEELING, and
ADACON ADVANTAGE COMPANY, INC.,

    Defendants.
_____/

## ORDER CONFIRMING SALE
## AND DIRECTING DISTRIBUTION OF SALES PROCEEDS

Plaintiff United States of America moved this Court for an order confirming the sale of the real property located at 2826 Boca Ciega Drive North, St. Petersburg, Florida 33710 ("the Subject Property") and directing the Clerk of Court to distribute the sales proceeds from the Court's registry in accordance with the Order of Sale entered on February 3, 2010. Upon consideration of the United States' motion, it is hereby

ORDERED that the sale of the Subject Property, more fully described as:

> Lot 2, Block 18, JUNGLE TERRACE SECTION "B", according to the map or plat thereof as recorded in Plat Book 6, Page 51, public records of Pinellas, County, Florida. Parcel Identification Number 12/31/15/44910/018/0020.

to R. Keith Hilpl for $54,000 is CONFIRMED. The IRS shall issue a deed for the Subject Property to R. Keith Hilpl or an entity designated by him. It is further

ORDERED that the Clerk of Court is directed to distribute from the Court's registry the proceeds of the sale as follows:

    1.    $2,156.90 to the United States Treasury, in care of its counsel, to satisfy the

expenses of the sale; and

   2.   $51,843.10 to the United States Treasury, in care of its counsel, to satisfy in part the unpaid joint federal income tax liabilities of defendants Ronald and Shonna Keeling for the 2001 tax year.

   SO ORDERED this 11th day of July, 2011.

```
                              ELIZABETH A. KOVACHEVICH
                              United States District Judge
```